Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000644
23-JAN-2018
08:37 AM

NO. CAAP-17-0000644

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
NRZ PASS-THROUGH TRUST IV, Plaintiff-Appellant,
v.
ALFRED CARRIERA MEDEIROS, JR.; ERROL JEFFERSON REAM, JR.,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0046(3))


ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On September 5, 2017, Plaintiff-Appellant U.S. Bank (Appellant) filed the notice of appeal;

(2) On October 30, 2017, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before November 9, 2017, and December 11, 2017, respectively;

(3) Appellant did not file either document or request an extension of time;

(4) On December 20, 2017, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the

court's attention on January 2, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellant may request relief from default by motion; and

(5) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 23, 2018.

Presiding Judge

Associate Judge

Associate Judge